IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. *5:18-205* |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| JOSEPH LOGAN BROOKS | ) | 28 U.S.C. § 2461(c) |
| MATTHEW TYLER FISCHER | ) | |
| WILLIAM MARTIN FISCHER | ) | |
| MATTHEW HARRISON KAIL | ) | **INDICTMENT** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

## BACKGROUND

1.    The United States and approximately 183 other countries are
signatories to a multilateral treaty called the Convention on
International Trade in Endangered Species of Wild Fauna and Flora
("CITES"). CITES regulates international trade in species whose survival
is threatened by trade. The United States has implemented CITES as
part of the Endangered Species Act ("ESA") and the regulations
promulgated thereunder. *See* 16 U.S.C. § 1531 et. seq.

2.    CITES provides that it shall be "unlawful for any person subject to the
jurisdiction of the United States to engage in any trade in any specimens

contrary to the provisions of CITES, or to possess any specimens traded contrary to the provisions of CITES and the regulations promulgated thereunder". *See* 16 U.S.C. § 1538(c)(l).

3.   CITES classifies wildlife specimens in three categories – as listed in Appendices I, II, and III of that treaty -- and provide specific trade protection to species listed in these categories. In order to trade such wildlife from one country to another, special international CITES permits are required. Appendix I includes species threatened with extinction and provides the greatest level of protection. Under Appendix I of CITES, a species may be imported to the United States only if, prior to importation, the importer possesses a valid CITES export permit issued by the country of export and a valid CITES import permit issued by the United States. International trade in Appendix I species for primarily commercial purposes is essentially prohibited.

4.   Appendix II includes species that, although not currently threatened with extinction, may become so without trade controls. Under Appendix II of CITES, a species may be imported to the United States only if, prior to importation, the importer possesses a valid CITES export or re-export permit from the foreign country of origin.

5.   Appendix III is a list of species that needs the cooperation of other countries to prevent unsustainable or illegal exploitation. International

trade in species listed in Appendix III is allowed only on presentation of the appropriate permits or certificates.

6. In order for the United States Fish and Wildlife Service ("USFWS") to approve importation of a CITES protected animal species, the importer must submit to USFWS accurate copies of packing lists and CITES permits issued by the exporting country regarding the proposed shipment. Moreover, imported animal species shipments valued over $2,000 are subject to certain tariff duties and require Formal Customs Clearance under United States law. Under Formal Customs Clearance, United States Customs and Border Protection ("CBP") requires a customs bond be paid, essentially to function as an insurance policy to guarantee payment of the duties.

7. No applications for CITES import or export permits were submitted by, and no such permits were issued to, defendants

JOSEPH LOGAN BROOKS, MATTHEW TYLER FISCHER, WILLIAM MARTIN FISCHER, MATTHEW HARRISON KAIL,

, authorizing the importation of Indian Roofed Turtles and Chinese Big Headed Turtles, which are listed in Appendix I of CITES; Black-Breasted Leaf Turtles, South American River Turtles, and Yellow-Margined Chinese Box Turtles, Indian Star Tortoises, Indian Flapshell Turtles, Beale's Eyed Turtles, and Four-Eyed Turtles, which are

listed in Appendix II of CITES; and the Reeves' Turtle, listed in Appendix III of CITES, or authorizing the export of Flattened Musk Turtles, which are listed as Threatened in the ESA; Florida Box Turtles, Eastern Box Turtles, and Ornate Diamondback Terrapins, which are listed in Appendix II of CITES (collectively, "Protected Turtles").

### ILLEGAL IMPORTATION AND EXPORTATION OF WILDLIFE CONSPIRACY

8.    From in or about January 2016, through in or about June 2016, in the District of South Carolina and elsewhere, defendants

, JOSEPH LOGAN BROOKS, MATTHEW TYLER FISCHER, WILLIAM MARTIN FISCHER, MATTHEW HARRISON KAIL,

, unlawfully, knowingly, and willfully did conspire, combine, confederate, and agree with each other to traffic in Protected Turtles, in that they:

a.    Fraudulently and knowingly imported and brought into the United States merchandise contrary to law, and did receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of Title 18, United States Code, Section 545.

b.    Fraudulently and knowingly exported and sent from the United States merchandise contrary to law, and did receive, conceal, buy,

sell, and facilitate the transportation, concealment, and sale of
such merchandise prior to exportation, knowing the same to have
been intended for exportation from the United States contrary to
law, in violation of Title 18, United States Code, Section 554.

   c.   Did import, export, transport, sell, receive, acquire, or purchase
wildlife taken, possessed, transported, or sold in violation of the
laws and regulations of the United States, in violation of Title 16,
United States Code, Section 3372(a)(1).

   d.   Did import, export, transport, sell, receive, acquire, and purchase
in interstate and foreign commerce wildlife taken, possessed,
transported and sold in violation of the laws and regulations of a
State and in violation of foreign law, in violation of Title 16, United
States Code, Section 3372(a)(2)(A).

   e.   Did make and submit false records and labels for, and false
identification of, wildlife that had been, and was intended to be,
transported in interstate commerce, in violation of Title 16 United
States Code, Sections 3372(d)(1) and (2).

All in violation of Title 18, United States Code, Section 371.

## **MANNER AND MEANS**

9.   Hsien Lin Hsu a/k/a Jason Hsu, a co-conspirator charged elsewhere, first
met               on Facebook in late 2015. Through
Facebook, Hsien Lin Hsu a/k/a Jason Hsu started to communicate with

regarding purchasing and trading various Protected Turtles.

10.   Hsien Lin Hsu a/k/a Jason Hsu used Facebook to conduct various transactions involving unlawfully imported Protected Turtles from Hong Kong with                              in South Carolina. Hsien Lin Hsu a/k/a Jason Hsu would ship live Protected Turtles to            using Fedex, sometimes at an address provided by MATTHEW TYLER FISCHER and WILLIAM MARTIN FISCHER.

11.                              would then conduct domestic sales of CITES and the ESA Protected Turtles with other individuals, including but not limited to MATTHEW HARRISON KAIL.

12.   Hsien Lin Hsu a/k/a Jason Hsu would receive various species of live unlawfully acquired Protected Turtles from                              , such as Eastern Box Turtles, Florida Box Turtles, Ornate Diamondback Terrapins, and Flattened Musk Turtles.

13.                              also negotiated sales of Protected Turtles with

14.    Hsien Lin Hsu a/k/a Jason Hsu used Facebook to conduct various transactions involving Protected Turtles with

in Hong Kong. Hsien Lin Hsu a/k/a Jason Hsu said he would conceal turtles in packages that he shipped to Hong Kong. Hsien Lin Hsu a/k/a Jason Hsu would package the turtles in socks and put various items such as small pieces of candy around the turtles. Hsien Lin Hsu a/k/a Jason Hsu would label the packages as "snacks" and mail the packages though the United States Postal Service ("USPS") mail. HSU stated he would usually put two eastern box turtles per package.  The individuals in Hong Kong told him to use a fake name and return address on the package in order to evade detection.

15.    On or about on March 22, April 21, and April 26, 2016, four packages arrived in the United States at John F. Kennedy International Airport (JFK IA).  The mailing labels on each package indicated the sender was

and the parcels originated from Hong Kong. The labels also reflected the contents of the package to be "snacks". Each package was addressed to JOSEPH LOGAN BROOKS at 191 Brelands Road, Holly Hill, South Carolina. This address is also the residence of

16.    Approximately forty-six turtles were intercepted on or about March 22, April 21, and April 26, 2016. The turtles were concealed in the packages by various bags of noodles and small pieces of candy. The turtles were

identified as Asian soft shell turtles, Reeves' Turtles, Indian Roofed

Turtles, South American River Turtles, and Big Headed Turtles.

17.   On or about March 25, and April 25, 2016, a Postal Inspector delivered

the packages to the address of JOSEPH LOGAN BROOKS and

, both of whom accepted delivery.

18.   On or about April 26, 2016, two packages arrived in the United States

at JFK IA.  The mailing labels on each package indicated the sender was

.  The parcels originated in Hong Kong.  The labels also

reflected the contents of the package to be "snacks".  Each package was

addressed to JOSEPH LOGAN BROOKS at 191 Brelands Road, Holly Hill,

South Carolina.  Concealed in the two packages were approximately

sixteen Protected Turtles.  The packages were delivered to the Holly Hill

address on April 29, 2016.

19.   On or about on May 3 and May 11, 2016, five packages arrived in the

United States at JFK IA.  The mailing labels on each package indicated

the sender was             .  The parcels originated in Hong Kong.  The

labels reflected the contents of the package to be "snacks".  Each of the

packages was addressed to Mr. HSU at 64-14 233 Street, Oakland

Gardens, New York.  Approximately 42 turtles were concealed in the

packages intercepted on or about May 3 and May 11, 2016.  The turtles

were concealed by various bags of noodles and small pieces of candy.

The turtles were identified as Yellow-Margined Chinese Box Turtles,

Black-Breasted Leaf Turtles, Reeves' Turtles, Indian Roofed Turtles, South American River Turtles, and Chinese Big Headed Turtles. On or about May 3 and May 12, 2016, a Postal Inspector made controlled deliveries of the packages at the Oakland Gardens address. Hsien Lin Hsu a/k/a Jason Hsu accepted delivery of the five parcels.

20.    On May 18, 2016, approximately thirty-eight Protected Turtles were seized at 191 Brelands Road in Holly Hill, the address of                     and JOSEPH LOGAN BROOKS.

21.    The approximate value of the smuggled turtles is between $117,200 and $409,250, depending on the market.

## **OVERT ACTS**

a.    On or about January 1, 2016,                          sent Hsien Lin Hsu a/k/a Jason Hsu and                    a Facebook message containing photographs of turtles protected under CITES, that is, Indian Roofed Turtles and Diamondback Terrapins, as well as Flattened Musk Turtles protected by the ESA, for the purpose of negotiating the terms of a sale.

b.    On or about January 1, 2016,                    sent                    and Hsien Lin Hsu a/k/a Jason Hsu a Facebook message containing photographs of turtles protected under CITES, that is, Reeves' Turtles, Indian Roofed Turtles, and Flattened Musk Turtles, for the purpose of negotiating the terms of a sale.

c.    On or about January 2, 2016,                    sent

and Hsien Lin Hsu a/k/a Jason Hsu a Facebook message containing photographs of turtles protected under CITES, that is, Indian Roofed turtles, for the purpose of negotiating the terms of a sale, which would include Ornate Diamondback terrapins.

d.   On or about January 4, 2016,                     sent

and Hsien Lin Hsu a/k/a Jason Hsu a Facebook message with a picture of a USPS package xxx-3376HK, to be delivered at an address in Harleyville, South Carolina, such address being associated with the family of MATTHEW TYLER FISCHER and WILLIAM MARTIN FISCHER.

e.   On or about January 5, 2016, USPS package xxx-22897HK that originated in Hong Kong was delivered to an address in Harleyville, South Carolina associated with the family of MATTHEW TYLER FISCHER and WILLIAM MARTIN FISCHER.

f.   On or about January 7, 2016, USPS package xxx-3376HK that originated in Hong Kong was delivered to the Harleyville, South Carolina Post Office and picked up by               .

g.   On or about January 8, 2016,                     and

communicated over Facebook regarding a proposed shipment of Indian Roofed Turtles, Big-Headed Turtles, and Sideneck Turtles.

h.   On or about January 8, 2016, WILLIAM MARTIN FISCHER,

, and Hsien Lin Hsu a/k/a Jason Hsu communicated over Facebook regarding a proposed shipment of Indian Star Tortoises.

i.    On or about January 9, 2016,                    ,                    ,
      and Hsien Lin Hsu a/k/a Jason Hsu communicated over Facebook
      regarding a proposed sale of Florida Box Turtles and Ornate
      Diamondback Terrapins.

j.    On or about January 11, 2016,                    ,                    ,
      and Hsien Lin Hsu a/k/a Jason Hsu communicated over Facebook
      regarding a proposed sale of Florida Box Turtles.

k.    On or about January 12, 2016,                    ,                    ,
      and Hsien Lin Hsu a/k/a Jason Hsu communicated over Facebook
      regarding a proposed sale of Florida Box Turtles.

l.    On or about January 18, 2016,                    sent
           and Hsien Lin Hsu a/k/a Jason Hsu a Facebook message
      confirming a shipment of Big-Headed Turtles.

m.    On or about January 20, 2016,                    sent
           and Hsien Lin Hsu a/k/a Jason Hsu a Facebook message following
      up on the delivery of Florida Box Turtles, in which
      requested additional Ornate Diamondback Terrapins.

n.    On or about January 22, 2016, MATTHEW TYLER FISCHER issued Bank
      of America check #111 to                    in the amount of
      $9,500, for "Live pond stock."

o.    On or about January 25, 2016, USPS package xxx-04563HK that

originated in Hong Kong was delivered to                  at the address of WILLIAM MARTIN FISCHER in Harleyville, South Carolina.

p.    On or about January 28, 2016, Hsien Lin Hsu a/k/a Jason Hsu communicated with                             and                  regarding the tracking number for a shipment of Protected Turtles.

q.    On or about January 29, 2016,                             exchanged text messages regarding the exchange of Chinese Softshell Turtles from Hong Kong.

r.    On or about February 3, 2016,                             asked WILLIAM MARTIN FISCHER to cash a $4,000 check.

s.    On or about February 6, 2016, USPS package xxx-75081HK that originated in Hong Kong was delivered to the Harleyville, South Carolina Post Office and picked up by                  , who signed for the package as "SK Crystal".

t.    On or about February 13, 2016,                             and                             exchanged messages regarding the shipment of Black-Breasted Leaf Turtles, Florida Box Turtles and Eastern Box Turtles.

u.    On or about February 14, 2016,                             and                             exchanged messages regarding the shipment of Black-Breasted Leaf Turtles, Florida Box Turtles and Eastern Box Turtles.

v.    On or about February 16, 2016,                             and

exchanged messages regarding the shipment of Black-Breasted Leaf Turtles, Florida Box Turtles and Eastern Box Turtles.

w. On February 21, 2016,                    and

exchanged messages regarding the shipment of Indian Roofed Turtles, Black-Breasted Leaf Turtles, Florida Box Turtles and Eastern Box Turtles.

x. On or about February 23, 2016, WILLIAM MARTIN FISCHER and

exchanged Facebook messages regarding the sale of five Indian Star Tortoises.

y. On or about February 24, 2016,                    exchanged text messages regarding the sale of Big Headed Turtles.

z. On or about February 26, 2016, USPS package xxx-6568HK that originated in Hong Kong was delivered to the Harleyville, South Carolina Post Office and picked up by                    .

aa. On or about February 26, 2016, WILLIAM MARTIN FISCHER and

exchanged text messages regarding the setup for Indian Star Tortoises.

bb. On or about March 1, 2016, USPS package xxx-0686HK that originated in Hong Kong was delivered to the Harleyville, South Carolina Post Office and picked up by "B FISCHER".

cc. On or about March 1, 2016, USPS package xxx-0672HK that originated

in Hong Kong was delivered to the Harleyville, South Carolina Post Office
and picked up by "B FISCHER".

dd.  On or about March 1, 2016,                              exchanged text
messages regarding the sale of Black-Breasted Leaf Turtles.

ee.  On or about March 1, 2016,                              exchanged text
messages regarding the sale of Indian Star Tortoises.

ff.  On or about March 11, 2016, USPS package xxx-6554HK that originated
in Hong Kong was delivered to            at an address in Holly Hill,
South Carolina.

gg.  On or about March 11, 2016, USPS package xxx-6537HK that originated
in Hong Kong was delivered to            at an address in Holly Hill,
South Carolina.

hh.  On or about March 22, 2016,                              illegally shipped
from Hong Kong turtles protected under CITES to JOSEPH LOGAN
BROOKS and                    at 191 Brelands Road, Holly Hill,
South Carolina, in USPS package xxx-1555HK.

ii.  On or about March 25, 2016, USPS package xxx-1555HK that originated
in Hong Kong, containing 23 Soft Shell Turtles, two Reeve's Turtles, and
three Indian Roofed Turtles, and originating in Hong Kong, was delivered
to "L BROOKS/      " at 191 Brelands Road, Holly Hill, South Carolina.

jj.  On or about March 29, 2016,                    and
exchanged text messages regarding the sale and

shipment of Eastern Box Turtles.

kk.   On or about March 30, 2016,                          sent MATTHEW

HARRISON   KAIL   a   text   message   confirming   the   transfer   of

approximately   $15,000   into   MATTHEW   TYLER   FISCHER's   Bank   of

America account.

ll.   On or about March 31, 2016,                          and MATTHEW

HARRISON KAIL exchanged text messages confirming the above-

referenced financial transaction, along with a photograph of a protected

Florida Box Turtle.

mm.   On or about March 31, 2016, MATTHEW TYLER FISCHER received

$14,973 into his Bank of America account from a $15,000 wire, as

payment to                          for a shipment of Flattened Musk

Turtles.

nn.   On or about April 3, 2016,                          and

exchanged text messages regarding the sale and

shipment of Eastern Box Turtles.

oo.   On or about April 4, 2016,                          exchanged text

messages regarding the exchange of Reeves' Turtles.

pp.   On or about April 5, 2016,                          and MATTHEW

HARRISON KAIL exchanged text messages negotiating the acquisition

and sale of Ornate Diamondback Terrapins as well as discussing Indian

Roofed Turtles.

qq.  On or about April 6, 2016,                           and MATTHEW
     HARRISON KAIL exchanged text messages regarding the acquisition of
     turtles as well as sharing a photograph of Flattened Musk Turtles along
     with tracking information regarding USPS package xxx-4990HK.

rr.  On or about April 6, 2016,                           and MATTHEW
     HARRISON KAIL exchanged text messages regarding pulling money out
     of an account and the acquisition of 'stuff' by MATTHEW HARRISON
     KAIL.

ss.  On or about April 8, 2016, USPS package xxx-4990HK containing a
     Reeves' Turtle, a Big-Headed Turtle, and Indian Roofed Turtles,
     originating in Hong Kong, was delivered to "L BROOKS" at 191 Brelands
     Road, Holly Hill, South Carolina.

tt.  On or about April 11, 2016, MATTHEW TYLER FISCHER received an
     approximately $13,473.00 international money wire into his Bank of
     America account from King Chi Trading Company in Hong Kong.  The
     King Chi Trading Company facilitated payment for                    .

uu.  On or about April 11, 2016, MATTHEW TYLER FISCHER issued Bank of
     America   check   number   118   to                              for
     approximately $13,273.00.

vv.  On or about April 11, 2016,                         sent by text to
     MATTHEW HARRISON KAIL a photograph of Indian Roofed Turtles,
     confirming shipment.

ww. On or about April 16, 2016,                        and MATTHEW
HARRISON KAIL exchanged text messages regarding the sale of
Alabama Red-Bellied Cooters, an endangered species.

xx. On or about April 18, 2016,                        and MATTHEW
HARRISON KAIL exchanged text messages regarding the sale of Four-
Eyed Turtles and Big-Headed Turtles.

yy. On or about April 18, 2016,                        and

exchanged text messages regarding the sale and
shipment of Eastern Box Turtles.

zz. On or about April 19, 2016,                        and MATTHEW
HARRISON KAIL exchanged text messages regarding the shipment of
Beale's Eyed Turtles and Indian Flapshell Turtles from Hong Kong.

aaa. On or about April 20, 2016,                        and MATTHEW
HARRISON KAIL exchanged text messages regarding the turtles he
wanted to order, "10 deltacola baby's; 10 northern blackknob baby's;
2.5 blotched juvies; 2.5 rings juvies; 2.5 deltacole juvies; 2.5 northern
Black knob juvies; 10.10 flawless ornates; And 10.30 striped necks for
Jason".

bbb. On or about April 21, 2016,            illegally shipped from Hong Kong
turtles protected under CITES to JOSEPH LOGAN BROOKS and
at 191 Brelands Road, Holly Hill, South Carolina.

ccc.  On or about April 24, 2016,                          and

exchanged text messages regarding the sale and

shipment of Eastern Box Turtles.

ddd.  On  or  about  April  24,  2016,

completed a CitiBank Application for Fund Transfer form detailing a wire

of funds to the bank account of MATTHEW TYLER FISCHER in the amount

of $1,400.00.

eee.    On or about April 25, 2016, USPS package xxx-2300HK that originated

in  Hong  Kong  containing  Big-Headed  Turtles  was  received  by  "L

BROOKS/        " at 191 Brelands Road, Holly Hill, South Carolina.

fff.   On or about April 25, 2016,              illegally shipped from Hong Kong

USPS  package  xxx-9050HK  containing  South  American  River  Turtles

protected under CITES to "Logan BROOKS 191 Brelands Rd, Holly Hill,

SC".

ggg.  On or about April 25, 2016,              illegally shipped from Hong Kong

USPS  package  xxx-9063HK  containing  Black-Breasted  Leaf  Turtles

protected under CITES to "Logan BROOKS 191 Brelands Rd, Holly Hill,

SC".

hhh.  On or about April 25, 2016,                          and

exchanged text messages regarding the sale and

shipment of Eastern Box Turtles.

iii.    On or about April 27, 2016, MATTHEW TYLER FISCHER issued Bank of America check #121 in the amount of $1,373.00 to the common-law wife of                in payment for CITES Protected Turtles.

jjj.    On or about April 28, 2016, USPS package xxx-9050HK was delivered to "B LOGANF" at 191 Brelands Road, Holly Hill, South Carolina.

kkk.   On or about April 28, 2016, USPS package xxx-9063HK was delivered to "B LOGANF" at 191 Brelands Road, Holly Hill, South Carolina.

lll.    On or about April 29, 2016, USPS package xxx-2287HK that originated in Hong Kong was delivered to "M FISCHER" at 191 Brelands Road, Holly Hill, South Carolina.

mmm.On or about April 29, 2016                and MATTHEW HARRISON KAIL exchanged text messages regarding the acquisition of Alabama Map Turtles and Black-Knobbed Map Turtles

nnn.   On or about May 2, 2016,                and                exchanged text messages regarding the transaction of Black-Knobbed Map Turtles.

ooo.   On or about May 5, 2016, MATTHEW TYLER FISCHER received $500.00 into his Bank of America account.

ppp.   On or about May 5, 2016, MATTHEW TYLER FISCHER issued Bank of America check number 122 to                for approximately $500.00.

qqq. On or about May 4, 2016,                                    exchanged text messages regarding the exchange of Eastern Box Turtles.

rrr. On or about May 7, 2016,                          and MATTHEW HARRISON KAIL exchanged text messages regarding the pricing and sale of turtles, in essence, " I need badly 20.20 ornates; 10.30 stripe necks; 2.5 juvie rings; 2.5 blotched; And of course mangroves Lol and what are the albino temple turtles worth to you ?"

sss. On or about May 7, 2016,                          and                          exchanged text messages regarding the sale and transfer of an Eastern Box Turtle.

ttt. On or about May 9, 2016,                          and MATTHEW HARRISON KAIL exchanged text messages regarding the acquisition of Alabama Map Turtles.

uuu. On or about May 10, 2016, MATTHEW HARRISON KAIL sent                          a photograph of Flattened Musk Turtles, requesting a shipment of two boxes.

vvv. On or about May 11, 2016,                          sent                          a photograph of approximately eleven turtles concealed inside white socks, subsequently shipped to Hsien Lin Hsu a/k/a Jason Hsu by MATTHEW TYLER FISCHER for international delivery to                          in USPS package xxx-WNFNM.

www. On or about May 12 and 13, 2016,                                    and MATTHEW HARRISON KAIL exchanged text messages regarding the shipment of turtles: "15 podocs [South American Yellow-Spotted Sideneck Turtles]", "Two female narrow bridge [Narrow-Bridged Musk Turtles]", "Two flavos [Yellow-Margined Box Turtles]", "Ten hyp Reeves [hypomelanistic Reeves' Turtles", "And a big head…[Big-Headed Turtle]"

xxx. On or about May 18, 2016,                                possessed approximately 25 Reeves' Turtles, three Big-Headed Turtles, one Black-Breasted Leaf Turtle, four Chinese or Yellow-Margined Box Turtles, four South American Yellow-Spotted Sideneck Turtles, and one Indian Roofed Turtle.

yyy. On or about May 21, 2016,                            and                                    exchanged messages regarding the shipment of Eastern Box Turtles and the arrest of                          by Hong Kong authorities.

zzz. On or about May 23, 2016,                                  and                                    exchanged messages regarding the arrest of

aaaa. On or about May 27, 2016,                                  and                                    exchanged messages regarding the obstruction of the investigation into wildlife trafficking.

bbbb. On or about May 29, 2016, MATTHEW HARRISON KAIL was apprehended

collecting two Spotted Turtles (CITES II) from Alligator River National Wildlife Refuge.

cccc. On or about May 29, 2016, MATTHEW HARRISON KAIL possessed approximately two Ornate Diamondback Terrapins and $17,000 in cash.

dddd. On or about May 30, 2016,                          and                          exchanged messages regarding outstanding debt from turtle transactions.

All in violation of Title 18, United States Code, Section 371.

# **FORFEITURE**

A.    <u>CONSPIRACY TO SMUGGLE GOODS INTO AND FROM THE U.S.</u>

Upon conviction for violations of Title 18, United States Code, Section 371 (conspiracy to smuggle goods into and from the United States, in violation of Title 18, United States Code, Sections 545 and 554) as charged in Count 1 of this Indictment, the Defendants,                          , JOSEPH LOGAN BROOKS, MATTHEW TYLER FISCHER, WILLIAM MARTIN FISCHER, MATTHEW HARRISON KAIL,

, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

B.    <u>PROPERTY:</u>

The property subject to forfeiture includes, but is not limited to, the following:

1.    <u>Cash Proceeds/Money Judgment:</u>

A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, and all interest and proceeds traceable thereto, for their violations of Title 18, United States Code, Sections 371 and 545 and 554.

2.   Wildlife:

   A.   25 Reeves' Turtles (Mauremys reevesii)

   B.   3 Big-Headed Turtles (Platysternon megacephalum)

   C.   1 Black-breasted Leaf Turtle (Geoemyda spengleri)

   D.   4 Chinese or Yellow-margined Box Turtles (Cuora flavomarginata)

   E.   4 South American Yellow-spotted Sideneck Turtles (Podocnemis unifilis)

   F.   1 Indian Roofed Turtle

   All seized from the JOSEPH LOGAN BROOKS and STEVEN VERREN BAKER residence at 191 Brelands Road, Holly Hill, South Carolina, on May 18, 2016.

C.   SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture,

as a result of any act or omission of the Defendants –

   (a)   cannot be located upon the exercise of due diligence;
   (b)   has been transferred or sold to, or deposited with, a third person;
   (c)   has been placed beyond the jurisdiction of the Court;
   (d)   has been substantially diminished in value; or
   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture

of any other property of the said Defendant up to the value of the above

described forfeitable property;

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title

28, United States Code, Section 2461(c).

A _____ True _____ BILL

FOREPERSON

BETH DRAKE (WDHjr)
UNITED STATES ATTORNEY